# PRIORITY SEND

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-1309-VAP (OPx)                    Date:  February 23, 2009

Title:     DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           FIRST FRANKLIN MORTGAGE LOAN TRUST 2005-FFHH3, ASSET-
           BACKED CERTIFICATES, SERIES 2005-FFH3 *-v-* LUIS F. CHAVEZ
           VASQUEZ, and DOES 1 through 5, inclusive
===========================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

         Marva Dillard                          None Present
         Courtroom Deputy                       Court Reporter

ATTORNEYS PRESENT FOR                 ATTORNEYS PRESENT FOR
PLAINTIFFS:                           DEFENDANTS:

         None                              None

PROCEEDINGS:        MINUTE ORDER: (1) VACATING MARCH 2, 2009
                    HEARING; (2) GRANTING MOTION TO REMAND; (3)
                    AWARDING ATTORNEYS' FEES (IN CHAMBERS)

     The Court has received and considered all papers filed in support of Plaintiff Deutsche
Bank's ("Plaintiff") Motion to Remand ("Motion").  Plaintiff's Motion is appropriate for resolution
without oral argument.  <u>See</u> Fed. R. Civ. P. 78; Local R. 7-15.  The Court VACATES the March 2,
2009 hearing.

     Plaintiff filed its Motion on February 2, 2009 to be heard on March 2, 2009.  Under Local
Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for
the hearing of the motion.  Defendant Luis F. Chavez ("Defendant") represents himself and filed no
timely opposition.  Under Local Rule 7-12, the Court finds Defendant has consented to granting

MINUTES FORM 11                                Initials of Deputy Clerk __md__
CIVIL -- GEN                    Page 1

EDCV 08-1309-VAP (OPx)
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN
TRUST 2005-FFHH3, ASSET-BACKED CERTIFICATES, SERIES 2005-FFH3 v LUIS F. CHAVEZ VASQUEZ, and
DOES 1 through 5, inclusive
MINUTE ORDER of February 23, 2009

the Motion.  Accordingly, the Court hereby GRANTS the Motion and REMANDS Plaintiff's action to
the California Superior Court for the County of Riverside.

Plaintiff requests $2,000 in attorneys' fees, including fees for arguing the Motion.  Defendant
removed this action after judgment had been entered against him in Superior Court.  The Court
awards Plaintiff attorneys' fees, although it reduces the award from $2,000 to $800.00 because
Plaintiff's counsel will not be called upon to review and draft a reply to Vasquez's opposition,
prepare to argue the Motion, nor argue the Motion.  (See Mot. 4.)

**IT IS SO ORDERED.**